### T. W. Merryman Plumbing and Heating Service, Inc., Plaintiff-Appellee, v. Gene Goodman, Defendant-Appellant.

### Gen. No. 10,923.  (Abstract of Decision.)

Second District.

May 3, 1956.

Released for publication May 23, 1956.

Carl H. Urist, for appellant; Snyder, Clarke & Dalziel, and Louis S. Gunn, for appellee; William A. Holmquist, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.